# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40756
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 15, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ELVIN GUERRERO-MARADIAGA, also known as Elvin Orlando Guerrero-Marodiaga,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:16-CR-1253-1

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Elvin Guerrero-Maradiaga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Guerrero-Maradiaga has filed two responses. To the extent that Guerrero-Maradiaga requests to proceed *pro se* or requests the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-40756

appointment of new counsel, the requests are denied as untimely. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir. 1998). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Guerrero-Maradiaga's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.